354

UNITED STATES FIDELITY AND GUAR-
ANTY COMPANY, Appellant,

v.

RAY LUMBER COMPANY, Appellee.

No. 7360.

Supreme Court of Arizona,

En Banc.

Sept. 18, 1963.

Moore & Romley, Phoenix, for appellant.
William P. Lutfy, Phoenix, for appellee.

PER CURIAM.

Appellant insurance company was de-
fendant in a suit to recover on a contrac-
tor's license bond issued pursuant to A.R.S.
§ 32–1152 (1956). The suit was against the
prime contractor and the insurance com-
pany. Summary judgment was entered for
the plaintiff, and the defendant insurance
company appeals.

Our decision in this case is controlled by
United States Fidelity and Guaranty Com-
pany v. Hirsch, Ariz., 385 P.2d 211.

Affirmed.